# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JOSHUA WADE BROWN,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **HARDIN COUNTY, TENNESSEE, ET AL.,** | CASE NO: 23-1173-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on June 24, 2024, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 6/24/2024**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk